UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO A. BARRIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>COUNTY OF TULARE,<br><br>　　　　　Defendant. | **13-cv-1665 AWI-GSA**<br><br><br><br>**ORDER GRANTING IFP**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE NEW CASE DOCUMENTS AND SET A SCHEDULING CONFERENCE**<br><br>**(Doc. 6)** |

　　　　Plaintiff, Silverio Barrios ("Plaintiff"), filed a complaint on October 11, 2013, and an application to proceed in forma pauperis on November 8, 2013. (Docs. 1 and 6). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

　　　　Plaintiff's counsel has advised the Court that counsel will be serving Defendant, County of Tulare, with the summons and complaint. The Clerk of the Court is directed to issue a

1

1  summons, serve Plaintiff with new civil case documents, and set a scheduling conference in this
2  matter.

IT IS SO ORDERED.

Dated: **November 13, 2013**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE