1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERIO A. BARRIOS,<br><br>    Plaintiff<br><br>    v.<br><br>COUNTY OF TULARE,<br><br>    Defendant | CASE NO. 1:13-CV-1665 AWI GSA<br><br>ORDER VACATING MARCH 24, 2014 HEARING AND TAKING MATTER UNDER SUBMISSION |

Defendant has filed a motion to dismiss and a motion for sanction, both of which are set for hearing on March 24, 2014.  The Court has reviewed the papers and has determined that these matters are suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 24, 2014, is VACATED, and the parties shall not appear at that time.  As of March 24, 2014, the Court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  March 18, 2014                                    _____

                                              SENIOR  DISTRICT  JUDGE