UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SILVERIO A. BARRIOS,**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**COUNTY OF TULARE,**<br><br>    **Defendant** | **CASE NO. 1:13-CV-1665 AWI GSA**<br><br>**ORDER CLOSING ASE DUE TO FAILURE OF PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

On May 23, 2014, after identifying deficiencies in the complaint, the Court granted Defendant's motion to dismiss. See Doc. No. 25. The Court dismissed Plaintiff's Fourteenth Amendment claim without leave to amend, but dismissed his Fourth Amendment claim with leave to amend. See id. The Court granted Plaintiff leave to file an amended complaint within fourteen (14) days of service of the order. See id. The Court warned Plaintiff that the failure to timely file an amended complaint would result in the Court withdrawing leave to amend and closing the case without further notice. See id. Despite this warning, Plaintiff has failed to file an amended complaint.

The Court takes Plaintiff's failure to comply with the May 23 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the operative complaint contains no viable claims against any defendant, and the time to file an amended complaint has now passed. The Court's docket is too congested to leave cases open where no viable claims are stated. Therefore, it is appropriate to close this case.

1    Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended
2 complaint as previously instructed, leave to amend as previously granted in the May 23, 2014
3 order on Defendants' motions to dismiss is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   June 30, 2014                                    _____
                                                          SENIOR  DISTRICT  JUDGE